**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAVIER PUENTES,

                Plaintiff,                          23 **CIVIL** 9054 (OTW)

       -v-                                     **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 5, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings, including offering the plaintiff the opportunity for a hearing, and issuing a new decision.

**Dated:**  New York, New York
          September 5, 2024

                                                        **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                                **BY:**      *K. Mango*

                                                          **Deputy Clerk**